# In the United States Court of Federal Claims

No. 16-581
Filed: July 29, 2016

*********************************************
                                             *
ANTHONY MONK,                                *
                                             *
    Plaintiff, *pro se*,                      *
                                             *
v.                                           *
                                             *
THE UNITED STATES,                           *
                                             *
    Defendant.                             *
                                             *
*********************************************

**FILED**
JUL 29 2016
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On June 27, 2016, the court ordered Plaintiff to submit a $400 filing fee or an Application To Proceed *In Forma Pauperis* to the court, no later than July 27, 2016. Order, ECF No. 5. Plaintiff did not submit the filing fee or the Application. Plaintiff also did not file a Response to the Government's June 10, 2016 Motion To Dismiss.

Pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the court may dismiss Plaintiff's claims on the merits for failure to prosecute. *See* RCFC 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . the action[.]"). Accordingly, the Clerk of Court is directed to dismiss the May 13, 2016 Complaint. The Government's June 10, 2016 Motion To Dismiss is denied as moot.

**IT IS SO ORDERED.**

                                                          **SUSAN G. BRADEN**
                                                          **Judge**

USPS TRACKING # & CUSTOMER RECEIPT: 9114 9014 9645 0594 5520 92
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.